# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jerome Ivy | § | Case No. 15-00826 |
| Delorise Ivy | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/12/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    4,250.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 366.49 |
   | Bank service fees | 10.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 3,873.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  05/26/2015  and the deadline for filing governmental claims was  07/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,062.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,062.50 , for a total compensation of $ 1,062.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/22/2016              By:/s/Zane L. Zielinski
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-00826 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Jerome Ivy | | | | Date Filed (f) or Converted (c): | 01/12/2015 (f) |
| | Delorise Ivy | | | | 341(a) Meeting Date: | 02/09/2015 |
| For Period Ending: | 01/22/2016 | | | | Claims Bar Date: | 05/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 197,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts | 10.00 | 10.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts | 41.00 | 41.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts | 100.00 | 100.00 | | 0.00 | FA |
| 5. Checking, savings or other financial accounts | 101.00 | 101.00 | | 0.00 | FA |
| 6. Checking, savings or other financial accounts | 122.00 | 122.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8. Books, pictures and other art objects, antiques, stamp, coin | 75.00 | 75.00 | | 0.00 | FA |
| 9. Wearing Apparel | 500.00 | 500.00 | | 0.00 | FA |
| 10. Interests in IRA, ERISA, Keogh, or other pension or profit s | 335.00 | 335.00 | | 0.00 | FA |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit s | 5,700.00 | 5,700.00 | | 0.00 | FA |
| 12. Automobiles, trucks, trailers, and other vehicles and access | 1,200.00 | 4,250.00 | | 4,250.00 | FA |
| 13. Automobiles, trucks, trailers, and other vehicles and access | 4,239.00 | 4,239.00 | | 0.00 | FA |
| 14. Automobiles, trucks, trailers, and other vehicles and access | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 15. Animals | 0.00 | 0.00 | | 0.00 | FA |
| 16. Timeshare | 500.00 | 500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $216,423.00 | $22,473.00 | | $4,250.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing a final report.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 436 Bluebird Drive, Bolingbrook Il 60440 |
| RE PROP # | 2 | -- | Checking accouint with -Canals and Trails |
| RE PROP # | 3 | -- | Savings account with -Canals and Trails CU |
| RE PROP # | 4 | -- | Checking account with Canals and Trails CU |
| RE PROP # | 5 | -- | Savings account with -Canals and Trails CU |
| RE PROP # | 6 | -- | savings account with -Chicago Area Office Federal Credit Union |
| RE PROP # | 10 | -- | IRA w/ Employer/Former Employer - 100% Exempt |
| RE PROP # | 11 | -- | IRA w/ Employer/Former Employer - 100% Exempt |
| RE PROP # | 12 | -- | 2008 Jeep Patriot with over 105,00 miles, fair condition.  The Debtor's exemption was waived by court order. |
| RE PROP # | 13 | -- | Alphera Financial SERV - 2008 Chevrolet Aveo (cosigned for daughter who pays and drives) |
| RE PROP # | 14 | -- | 2007 Chrysler 300 with over 75,000 miles |
| RE PROP # | 15 | -- | Family pets/ animals |
| RE PROP # | 16 | -- | Timeshare, Fox Lake IL |

Initial Projected Date of Final Report (TFR): 01/31/2016     Current Projected Date of Final Report (TFR): 01/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-00826 | Trustee Name: Zane L. Zielinski |
| Case Name: Jerome Ivy | Bank Name: Associated Bank |
| Delorise Ivy | Account Number/CD#: XXXXXX4339 |
| | Checking |
| Taxpayer ID No: XX-XXX2008 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/22/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5055 | Transfer of Funds | 9999-000 | $3,873.51 | | $3,873.51 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,873.51 | $0.00 |
| Less: Bank Transfers/CD's | $3,873.51 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*       Page Subtotals:       $3,873.51       $0.00

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-00826 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | Jerome Ivy | Bank Name: | The Bank of New York Mellon | |
| | Delorise Ivy | Account Number/CD#: | XXXXXX5055 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX2008 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 01/22/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/15 | 12 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 6004 | vehicle sale Sale of 2008 Jeep Patriot | 1129-000 | $4,250.00 | | $4,250.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,240.00 |
| 06/19/15 | 101 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 6004 | Administrative expense | 2500-000 | | $366.49 | $3,873.51 |
| 07/14/15 | | Transfer to Acct # xxxxxx4339 | Transfer of Funds | 9999-000 | | $3,873.51 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,250.00 | $4,250.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,873.51 |
| Subtotal | $4,250.00 | $376.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,250.00 | $376.49 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*        Page Subtotals:        $4,250.00        $4,250.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX4339 - Checking | $0.00 | $0.00 | $3,873.51 |
| XXXXXX5055 - Checking | $4,250.00 | $376.49 | $0.00 |
|  | $4,250.00 | $376.49 | $3,873.51 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,250.00 |
| Total Gross Receipts: | $4,250.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-00826                                                                                          Date: January 22, 2016
Debtor Name: Jerome Ivy
Claims Bar Date: 5/26/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,062.50 | $1,062.50 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $1,885.88 | $1,885.88 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $12,566.76 | $12,566.76 |
| 3 300 7100 | Bmw Financial Services Na, Llc<br>Po Box 201347<br>Arlington, Tx 76006 | Unsecured | | $0.00 | $4,558.40 | $4,558.40 |
| 4 300 7100 | Bureaus Investment Group<br>Portfolio No 15 Llc<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,393.85 | $1,393.85 |
| 5 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $682.47 | $682.47 |
| 6 300 7100 | First National Bank Of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, Ne 68197 | Unsecured | | $0.00 | $2,597.69 | $2,597.69 |
| 7 300 7100 | U. S. Department Of Education<br>U.S.Department Of Education<br>C/O Fedloan Servicing<br>P.O.Box 69184<br>Harrisburg, Pa 17106-9184 | Unsecured | | $0.00 | $19,554.58 | $19,554.58 |
| 8 300 7100 | Bmo Harris Bank Na<br>Attn: Retail Collections -<br>Brk-180-Rc<br>770 N Water St<br>Milwaukee, Wi 53202-3593 | Unsecured | | $0.00 | $12,755.84 | $12,755.84 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-00826  
Debtor Name: Jerome Ivy  
Claims Bar Date: 5/26/2015  

Date: January 22, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $11,458.33 | $11,458.33 |
| 10 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $2,020.95 | $2,020.95 |
| 11 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $5,042.85 | $5,042.85 |
| 12 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $651.59 | $651.59 |
| | Case Totals | | | $0.00 | $76,231.69 | $76,231.69 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-00826
Case Name: Jerome Ivy
          Delorise Ivy
Trustee Name: Zane L. Zielinski

|   |   |
|---|---|
| Balance on hand | $ 3,873.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,062.50 | $ 0.00 | $ 1,062.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,062.50 |
| Remaining Balance | $ 2,811.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,169.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 1,885.88 | $ 0.00 | $ 70.52 |
| 2 | Discover Bank | $ 12,566.76 | $ 0.00 | $ 469.94 |
| 3 | Bmw Financial Services Na, Llc | $ 4,558.40 | $ 0.00 | $ 170.46 |
| 4 | Bureaus Investment Group Portfolio No 15 Llc | $ 1,393.85 | $ 0.00 | $ 52.12 |
| 5 | N. A. Capital One Bank (Usa) | $ 682.47 | $ 0.00 | $ 25.52 |
| 6 | First National Bank Of Omaha | $ 2,597.69 | $ 0.00 | $ 97.14 |
| 7 | U. S. Department Of Education | $ 19,554.58 | $ 0.00 | $ 731.26 |
| 8 | Bmo Harris Bank Na | $ 12,755.84 | $ 0.00 | $ 477.01 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 11,458.33 | $ 0.00 | $ 428.49 |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,020.95 | $ 0.00 | $ 75.58 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,042.85 | $ 0.00 | $ 188.59 |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | $ 651.59 | $ 0.00 | $ 24.38 |

Total to be paid to timely general unsecured creditors       $ 2,811.01

Remaining Balance       $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE