# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jerome Ivy | § | Case No. 15-00826 |
| Delorise Ivy | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 03/04/2016 in Courtroom ,

Second Floor
Joliet City Hall Building
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/05/2016              By: /s/ Zane L. Zielinski
                                            Chapter 7 Trustee


*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                          §
                                §
Jerome Ivy                      §   Case No. 15-00826
Delorise Ivy                    §
                                §
           Debtors              §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,250.00 |
| and approved disbursements of | $ | 376.49 |
| leaving a balance on hand of[1] | $ | 3,873.51 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 1,062.50 | $ 0.00 | $ 1,062.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,062.50 |
| Remaining Balance | $ 2,811.01 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,169.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 1,885.88 | $ 0.00 | $ 70.52 |
| 2 | Discover Bank | $ 12,566.76 | $ 0.00 | $ 469.94 |
| 3 | Bmw Financial Services Na, Llc | $ 4,558.40 | $ 0.00 | $ 170.46 |
| 4 | Bureaus Investment Group Portfolio No 15 Llc | $ 1,393.85 | $ 0.00 | $ 52.12 |
| 5 | N. A. Capital One Bank (Usa) | $ 682.47 | $ 0.00 | $ 25.52 |
| 6 | First National Bank Of Omaha | $ 2,597.69 | $ 0.00 | $ 97.14 |
| 7 | U. S. Department Of Education | $ 19,554.58 | $ 0.00 | $ 731.26 |
| 8 | Bmo Harris Bank Na | $ 12,755.84 | $ 0.00 | $ 477.01 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 11,458.33 | $ 0.00 | $ 428.49 |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,020.95 | $ 0.00 | $ 75.58 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,042.85 | $ 0.00 | $ 188.59 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | $ 651.59 | $ 0.00 | $ 24.38 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,811.01 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-00826-BWB
Jerome Ivy                                                              Chapter 7
Delorise Ivy
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2             Date Rcvd: Feb 05, 2016
                              Form ID: pdf006            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2016.
db/jdb         +Jerome Ivy,    Delorise Ivy,    436 Bluebird Drive,    Bolingbrook, IL 60440-4804
22811454        AMC Mortgage Services,    Attn: Bankruptcy Dept.,    2077 N Main St Ste 1050,
                 Santa Ana,CA 92706
22811470       +ATG Credit,    Attn: Bankruptcy Dept.,    1700 W Cortland St Ste 2,    Chicago,IL 60622-1166
22811480       +ATI Physical Therapy,    Bankruptcy Department,    5616 W. 63rd St., Ste. 2,
                 Chicago,IL 60638-5539
22811482       +Adventist Bolingbrook Hospital,    Bankruptcy Department,    75 Remittance Dr., #6097,
                 Chicago,IL 60675-6097
22811457      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BK OF AMER,    Attn: Bankruptcy Dept.,    4161 Piedmont Pkwy,
                 Greensboro,NC 27410)
22811464        BMO Harris BANK NA,    Attn: Retail Collections -,    BRK-180-RC,    770 N Water St,
                 Milwaukee, WI 53202-3593
22811484       #+BMO Harris Bank,    C/O Jay K Levy & Associates,    155 Revere Dr,    Suite 2,
                 Northbrook,IL 60062-1558
23282695        BMO Harris Bank N.A.,    Attn: Retail Collections BRK-180-RC,    770 N. Water Street,
                 Milwaukee, WI 53202-3593
22826787       +BMW Financial Services NA, LLC,    Ascension Capital Group,    PO Box 201347,
                 Arlington, TX 76006-1347
23015946       +BMW Financial Services NA, LLC,    PO Box 201347,    Arlington, TX 76006-1347
22811458       +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington,DE 19801-5014
22811471       +CAP1/Mnrds,    Attn: Bankruptcy Dept.,    26525 N Riverwoods Blvd,    Mettawa,IL 60045-3440
22811473      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond,VA 23285)
22811462       +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241
23040821        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
22811453       +Citimortgage,    Attn: Bankruptcy Dept.,    Po Box 9438,    Gaithersburg,MD 20898-9438
22811476       #+Donice Ivy,    436 Bluebird Drive,    Bolingbrook,IL 60440-4804
22811481       +Edwards,    C/O Merchants Credit Guide,    223 W. Jackson Blvd., Ste. 900,
                 Chicago,IL 60606-6912
22811468       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
22811452       +Everhome Mortgage CO,    Attn: Bankruptcy Dept.,    301 W Bay St,    Jacksonville,FL 32202-5184
22811467       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22811459       +FED LOAN SERV,    Attn: Bankruptcy Dept.,    Po Box 60610,    Harrisburg,PA 17106-0610
22811455       +FNB Omaha,    Attn: Bankruptcy Dept.,    Po Box 3412,    Omaha,NE 68103-0412
23042532       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
22811465       +HFC,    Attn: Bankruptcy Dept.,    Po Box 9068,    Brandon,FL 33509-9068
22811483       +Illinois Heart and Vascular,    16955 Collections Center Dr,    Chicago,IL 60693-0169
22811469       +Merchants Credit Guide,    Attn: Bankruptcy Dept.,    223 W Jackson Blvd Ste 4,
                 Chicago,IL 60606-6914
22811479       +Midwest Endoscopy center,    1243 Rickert Dr,    Naperville,IL 60540-0954
22811485       +North Shore Agency,    Bankruptcy Department,    PO Box 9205,    Old Bethpage,NY 11804-9005
22811472       +Stoneleigh Recovery Associates,    Bankruptcy Dept.,    PO Box 1479,    Lombard,IL 60148-8479
22811466        Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022
23187426        U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg, PA 17106-9184
22811456       +UNVL/CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls,SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22811475       +E-mail/Text: bankruptcynotices@bmwfs.com Feb 06 2016 00:28:22     Alphera Financial SERV,
                 Attn: Bankruptcy Dept.,    5550 Britton Pkwy,    Hilliard,OH 43026-7456
22824785       +E-mail/Text: bankruptcynotices@bmwfs.com Feb 06 2016 00:28:21
                 BMW Financial Services NA, LLC,    5550 Britton Parkway,    Hilliard, OH 43026-7456
23026170        E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2016 00:23:07
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22978010        E-mail/Text: mrdiscen@discover.com Feb 06 2016 00:26:40     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
22811461       +E-mail/Text: mrdiscen@discover.com Feb 06 2016 00:26:40     Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington,DE 19850-5316
23296962       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2016 00:23:09
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22941285        E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2016 00:23:07     The Bureaus, Inc.,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 7

```
District/off: 0752-1            User: nmolina              Page 2 of 2              Date Rcvd: Feb 05, 2016
                                Form ID: pdf006            Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22811463*     +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,    Sioux Falls,SD 57117-6241
22811474*     +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,    Sioux Falls,SD 57117-6241
22811477*     +Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,    Wilmington,DE 19850-5316
22811460*     +FED LOAN SERV,   Attn: Bankruptcy Dept.,   Po Box 60610,    Harrisburg,PA 17106-0610
22811478     ##+Northwest Collectors,   Bankruptcy Department,   3601 Algonquin Rd., Ste. 500,
               Rolling Meadows,IL 60008-3145
                                                                                             TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2016 at the address(es) listed below:
              Jill  Luetkenhaus    on behalf of Creditor    Bank of America, N.A. jluetkenhaus@kmi-law.com,
               ndil@kmi-law.com
              Kristin T Schindler    on behalf of Debtor 2 Delorise   Ivy ndil@geracilaw.com
              Kristin T Schindler    on behalf of Debtor 1 Jerome   Ivy ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L. Zielinski    on behalf of Trustee Zane L. Zielinski zzielinski@wfactorlaw.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
               law.com
              Zane L. Zielinski    trustee@zanezielinski.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
               law.com
                                                                                             TOTAL: 6
```