UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
§
Jerome Ivy § Case No. 15-00826
Delorise Ivy §
§
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 167,000.00                    Assets Exempt: 48,223.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,811.01      Claims Discharged
                                                Without Payment: 12,014,471.18

Total Expenses of Administration: 1,438.99

---

3) Total gross receipts of $ 4,250.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,250.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 242,570.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,438.99 | 1,438.99 | 1,438.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,051,012.00 | 75,169.19 | 75,169.19 | 2,811.01 |
| **TOTAL DISBURSEMENTS** | $ 24,293,582.00 | $ 76,608.18 | $ 76,608.18 | $ 4,250.00 |

4) This case was originally filed under chapter 7 on 01/12/2015 . The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2016      By:/s/Zane L. Zielinski
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers, and other vehicles and access | 1129-000 | 4,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,250.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 BK OF AMER Attn: Bankruptcy Dept. 4161 Piedmont Pkwy Greensboro NC 27410 | | 201,108.00 | NA | NA | 0.00 |
| | 3 HFC Attn: Bankruptcy Dept. Po Box 9068 Brandon FL 33509 | | 41,462.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 242,570.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,062.50 | 1,062.50 | 1,062.50 |
| American Auction Associates, Inc. | 2500-000 | NA | 366.49 | 366.49 | 366.49 |
| The Bank of New York Mellon | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,438.99 | $ 1,438.99 | $ 1,438.99 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Adventist Bolingbrook Hospital Bankruptcy Department 75 Remittance Dr., #6097 Chicago IL 60675 | | 900.00 | NA | NA | 0.00 |
| | 13 Citimortgage Attn: Bankruptcy Dept. Po Box 9438 Gaithersburg MD 20898 | | 0.00 | NA | NA | 0.00 |
| | 17 Everhome Mortgage CO Attn: Bankruptcy Dept. 301 W Bay St Jacksonville FL 32202 | | 0.00 | NA | NA | 0.00 |
| | 19 FED LOAN SERV Attn: Bankruptcy Dept. Po Box 60610 Harrisburg PA 17106 | | 4,500.00 | NA | NA | 0.00 |
| | 2 AMC Mortgage Services Attn: Bankruptcy Dept. 2077 N Main St Ste 1050 Santa Ana CA 92706 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 :  8132874739 23 Midwest Endoscopy center 1243 Rickert Dr Naperville IL 60540 : 24 North Shore Agency Bankruptcy Department PO Box 9205 Old Bethpage NY 11804 | | 10,030,015.00 | NA | NA | 0.00 |
| | 25 Northwest Collectors Bankruptcy Department 3601 Algonquin Rd., Ste. 500 Rolling Meadows IL 60008-3104 | | 766.00 | NA | NA | 0.00 |
| | 3 ATG Credit Attn: Bankruptcy Dept. 1700 W Cortland St Ste 2 Chicago IL 60622 :  3283972 4 ATI Physical Therapy Bankruptcy Department 5616 W. 63rd St., Ste. 2 Chicago IL 60638 | | 44,840.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Barclays BANK Delaware Attn: Bankruptcy Dept. 125 S West St Wilmington DE 19801 : NULL 6 BMO Harris Bank C/O Jay K Levy & Associates 155 Revere Dr Northbrook IL 60062 | | 1,618,522.00 | NA | NA | 0.00 |
| | Stoneleigh Recovery Associates Bankruptcy Dept. PO Box 1479 Lombard IL 60148 | | 0.00 | NA | NA | 0.00 |
| 8 | Bmo Harris Bank Na | 7100-000 | 11,994.00 | 12,755.84 | 12,755.84 | 477.01 |
| 3 | Bmw Financial Services Na, Llc | 7100-000 | 5,964.00 | 4,558.40 | 4,558.40 | 170.46 |
| 4 | Bureaus Investment Group Portfolio No 15 Llc | 7100-000 | 1,282.00 | 1,393.85 | 1,393.85 | 52.12 |
| 2 | Discover Bank | 7100-000 | 12,071,308.00 | 12,566.76 | 12,566.76 | 469.94 |
| 1 | Discover Bank | 7100-000 | 1,530.00 | 1,885.88 | 1,885.88 | 70.52 |
| 6 | First National Bank Of Omaha | 7100-000 | 232,241.00 | 2,597.69 | 2,597.69 | 97.14 |
| 5 | N. A. Capital One Bank (Usa) | 7100-000 | 636.00 | 682.47 | 682.47 | 25.52 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 10,647.00 | 11,458.33 | 11,458.33 | 428.49 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,746.00 | 2,020.95 | 2,020.95 | 75.58 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 5,003.00 | 5,042.85 | 5,042.85 | 188.59 |
| 12 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 482.00 | 651.59 | 651.59 | 24.38 |
| 7 | U. S. Department Of Education | 7100-000 | 8,636.00 | 19,554.58 | 19,554.58 | 731.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,051,012.00 | $ 75,169.19 | $ 75,169.19 | $ 2,811.01 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-00826 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Jerome Ivy | | | | Date Filed (f) or Converted (c): | 01/12/2015 (f) |
| | Delorise Ivy | | | | 341(a) Meeting Date: | 02/09/2015 |
| For Period Ending: | 05/11/2016 | | | | Claims Bar Date: | 05/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 197,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts | 10.00 | 10.00 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts | 41.00 | 41.00 | | 0.00 | FA |
| 4. Checking, savings or other financial accounts | 100.00 | 100.00 | | 0.00 | FA |
| 5. Checking, savings or other financial accounts | 101.00 | 101.00 | | 0.00 | FA |
| 6. Checking, savings or other financial accounts | 122.00 | 122.00 | | 0.00 | FA |
| 7. Household goods and furnishings, including audio, video, and | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8. Books, pictures and other art objects, antiques, stamp, coin | 75.00 | 75.00 | | 0.00 | FA |
| 9. Wearing Apparel | 500.00 | 500.00 | | 0.00 | FA |
| 10. Interests in IRA, ERISA, Keogh, or other pension or profit s | 335.00 | 335.00 | | 0.00 | FA |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit s | 5,700.00 | 5,700.00 | | 0.00 | FA |
| 12. Automobiles, trucks, trailers, and other vehicles and access | 1,200.00 | 4,250.00 | | 4,250.00 | FA |
| 13. Automobiles, trucks, trailers, and other vehicles and access | 4,239.00 | 4,239.00 | | 0.00 | FA |
| 14. Automobiles, trucks, trailers, and other vehicles and access | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 15. Animals | 0.00 | 0.00 | | 0.00 | FA |
| 16. Timeshare | 500.00 | 500.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $216,423.00 | $22,473.00 | | $4,250.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing a final report.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

| | | | | |
|---|---|---|---|---|
| RE PROP # | 1 | -- | 436 Bluebird Drive, Bolingbrook Il 60440 | |
| RE PROP # | 2 | -- | Checking accouint with -Canals and Trails | Exhibit 8 |
| RE PROP # | 3 | -- | Savings account with -Canals and Trails CU | |
| RE PROP # | 4 | -- | Checking account with Canals and Trails CU | |
| RE PROP # | 5 | -- | Savings account with -Canals and Trails CU | |
| RE PROP # | 6 | -- | savings account with -Chicago Area Office Federal Credit Union | |
| RE PROP # | 10 | -- | IRA w/ Employer/Former Employer - 100% Exempt | |
| RE PROP # | 11 | -- | IRA w/ Employer/Former Employer - 100% Exempt | |
| RE PROP # | 12 | -- | 2008 Jeep Patriot with over 105,00 miles, fair condition. The Debtor's exemption was waived by court order. | |
| RE PROP # | 13 | -- | Alphera Financial SERV - 2008 Chevrolet Aveo (cosigned for daughter who pays and drives) | |
| RE PROP # | 14 | -- | 2007 Chrysler 300 with over 75,000 miles | |
| RE PROP # | 15 | -- | Family pets/ animals | |
| RE PROP # | 16 | -- | Timeshare, Fox Lake IL | |

Initial Projected Date of Final Report (TFR): 01/31/2016    Current Projected Date of Final Report (TFR): 01/31/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-00826 | Trustee Name: Zane L. Zielinski |
| Case Name: Jerome Ivy | Bank Name: Associated Bank |
| Delorise Ivy | Account Number/CD#: XXXXXX4339 |
| | Checking |
| Taxpayer ID No: XX-XXX2008 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5055 | Transfer of Funds | 9999-000 | $3,873.51 | | $3,873.51 |
| 03/04/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,062.50 | $2,811.01 |
| 03/04/16 | 5002 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | $540.46 | $2,270.55 |
| | | Discover Bank | Final distribution to claim 1   ($70.52) representing a payment of 3.74 % per court order. | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 2   ($469.94) representing a payment of 3.74 % per court order. | 7100-000 | | | |
| 03/04/16 | 5003 | Bmw Financial Services Na, Llc<br>Po Box 201347<br>Arlington, Tx 76006 | Final distribution to claim 3 representing a payment of 3.74 % per court order. | 7100-000 | | $170.46 | $2,100.09 |
| 03/04/16 | 5004 | Bureaus Investment Group Portfolio No 15 Llc<br>C/O Recovery Management Systems Corp<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 4 representing a payment of 3.74 % per court order. | 7100-000 | | $52.12 | $2,047.97 |
| 03/04/16 | 5005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 5 representing a payment of 3.74 % per court order. | 7100-000 | | $25.52 | $2,022.45 |
| 03/04/16 | 5006 | First National Bank Of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, Ne 68197 | Final distribution to claim 6 representing a payment of 3.74 % per court order. | 7100-000 | | $97.14 | $1,925.31 |
| 03/04/16 | 5007 | U. S. Department Of Education<br>U.S.Department Of Education<br>C/O Fedloan Servicing<br>P.O.Box 69184<br>Harrisburg, Pa 17106-9184 | Final distribution to claim 7 representing a payment of 3.74 % per court order. | 7100-000 | | $731.26 | $1,194.05 |
| | | | Page Subtotals: | | $3,873.51 | $2,679.46 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-00826 | Trustee Name: Zane L. Zielinski |
| Case Name: Jerome Ivy | Bank Name: Associated Bank |
| Delorise Ivy | Account Number/CD#: XXXXXX4339 |
| | Checking |
| Taxpayer ID No: XX-XXX2008 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/04/16 | 5008 | Bmo Harris Bank Na<br>Attn: Retail Collections -<br>Brk-180-Rc<br>770 N Water St<br>Milwaukee, Wi 53202-3593 | Final distribution to claim 8 representing a payment of 3.74 % per court order. | 7100-000 | | $477.01 | $717.04 |
| 03/04/16 | 5009 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $717.04 | $0.00 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 9 representing a payment of 3.74 % per court order. ($428.49) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 10 representing a payment of 3.74 % per court order. ($75.58) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 11 representing a payment of 3.74 % per court order. ($188.59) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 12 representing a payment of 3.74 % per court order. ($24.38) | 7100-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,873.51 | $3,873.51 |
| Less: Bank Transfers/CD's | $3,873.51 | $0.00 |
| Subtotal | $0.00 | $3,873.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $3,873.51 |

Page Subtotals: $0.00   $1,194.05

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-00826 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Jerome Ivy | Bank Name: | The Bank of New York Mellon |
|  | Delorise Ivy | Account Number/CD#: | XXXXXX5055 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX2008 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/11/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/15 | 12 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 6004 | vehicle sale Sale of 2008 Jeep Patriot | 1129-000 | $4,250.00 |  | $4,250.00 |
| 06/05/15 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $10.00 | $4,240.00 |
| 06/19/15 | 101 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, Illinois 6004 | Administrative expense | 2500-000 |  | $366.49 | $3,873.51 |
| 07/14/15 |  | Transfer to Acct # xxxxxx4339 | Transfer of Funds | 9999-000 |  | $3,873.51 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $4,250.00 | $4,250.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,873.51 |
| Subtotal | $4,250.00 | $376.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,250.00 | $376.49 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $4,250.00 | $4,250.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4339 - Checking | $0.00 | $3,873.51 | $0.00 |
| XXXXXX5055 - Checking | $4,250.00 | $376.49 | $0.00 |
|  | $4,250.00 | $4,250.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,250.00 |
| Total Gross Receipts: | $4,250.00 |

Page Subtotals:        $0.00        $0.00